UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Interlink Products International, Inc., | No. 2:20-02277-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| Wade Crowfoot, et al., | |
| Defendants. | |

Under the local rules of this District, "only members of the Bar of this Court shall practice in this Court." E.D. Cal. L.R. 180(b).  Attorneys may be admitted pro hac vice under Local Rule 180(b)(2).  Counsel for plaintiff Interlink Products International, Inc. appears not to have been admitted to practice in this court.  Counsel must submit **within fourteen days** a petition for admission to the bar of this court or an application to appear pro hac vice.  Sanctions or penalties may be imposed for noncompliance.  *See* E.D. Cal. L.R. 180(d), 184(c).

IT IS SO ORDERED.

DATED: January 11, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1