Michael Tenenbaum, Esq. (Cal. Bar. No. 186850)
THE OFFICE OF MICHAEL TENENBAUM, ESQ.
1431 Ocean Ave., Ste. 400
Santa Monica, CA  90401-2136
Tel     (424) 246-8685
Fax    (424) 203-4285
mt@post.harvard.edu

*Counsel for Plaintiff Interlink Products International, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERLINK PRODUCTS INTERNATIONAL, INC., a New Jersey corporation,<br><br>    Plaintiff,<br>  v.<br>DREW BOHAN, in his official capacity as Executive Director of the California Energy Commission; and<br><br>MELISSA RAE KING, in her official capacity as Assistant Executive Director of the California Energy Commission,<br><br>    Defendants. | No. 2:20-CV-02277-KJM-CKD<br><br>**STIPULATION AND ORDER RE CONSOLIDATION OF CASES AND FILING OF FIRST AMENDED COMPLAINT** |
| INTERLINK PRODUCTS INTERNATIONAL, INC., a New Jersey corporation,<br><br>    Plaintiff,<br>  v.<br>XAVIER BECERRA, in his official capacity as Attorney General of California; and<br><br>DREW BOHAN, in his official capacity as Executive Director of the California Energy Commission; and<br><br>MELISSA RAE KING, in her official capacity as Assistant Executive Director of the California Energy Commission,<br><br>    Defendants. | No. 2:20-CV-02283-KJM-CKD |

1    Plaintiff Interlink Products International, Inc. ("Interlink"), and Defendants Xavier

2  Becerra,[1] Drew Bohan, and Melissa Rae King ("Defendants"), stipulate as follows:

3    WHEREAS, on June 23, 2020, Interlink commenced an action against Wade Crowfoot,

4  Drew Bohan, Melissa Rae King, and Lea Haro, in their capacities as California government

5  officials, in the United States District Court for the District of New Jersey (the "New Jersey

6  district court"), which action bore case number 2:20-cv-07654-ES-MAH (the "First Action");

7    WHEREAS on August 14, 2020, Interlink commenced a second action against Defendants

8  Xavier Becerra, Drew Bohan, and Melissa Rae King, in their capacities as California government

9  officials, in the New Jersey district court, which action bore case number 2:20-cv-10566-ES-

10  MAH (the "Second Action");

11    WHEREAS on September 8, 2020, the New Jersey district court entered an order on the

12  parties' stipulation that, *inter alia*, the Second Action be consolidated into the First Action for all

13  purposes and that Interlink's claims against Defendants Wade Crowfoot and Lea Haro be

14  dismissed without prejudice (Dkt. 13 [the "September 8 Order"]);

15    WHEREAS, on September 8, 2020, an entry on the docket in the Second Action indicated

16  that that case was terminated per the September 8 Order;

17    WHEREAS, on September 11, 2020, the New Jersey district court held a video/telephone

18  conference and issued a minute order reflecting that the "controlling complaint is located in" the

19  Second Action (Dkt.15);

20    WHEREAS, in spite of the September 8 Order and the docket entry from that day in the

21  Second Action, the docket in the Second Action continued to reflect filings in that case;

22    WHEREAS, on November 16, 2020, the New Jersey district court ordered both the First

23  Action and the Second Action transferred to this Court (Dkt. 29);

24    WHEREAS, at the time of transfer, notwithstanding the consolidation order in the New

25  Jersey district court, the First Action was given case number 2:20-cv-02277-KJM-CKD and

26  assigned to the Hon. Kimberly J. Mueller, and the Second Action was given case number 2:20-

27

28  [1]   Robert Bonta has been nominated to succeed Xavier Becerra as Attorney General and will be substituted upon confirmation. Fed. R. Civ. P. 25(d).

1 | cv-02283-WBS-DB and assigned to the Hon. William B. Shubb;

2 |     WHEREAS, on November 25, 2020, the defendants in the First Action and Second Action

3 | filed a Notice of Related Cases in each of those actions (Dkt. 35), and on December 10, 2020, this

4 | Court entered a Related Case Order that reassigned the Second Action from Judge Shubb to this

5 | Court (Dkt. 36);

6 |     WHEREAS the parties in both the First Action and the Second Action believe the cases

7 | should remain consolidated under case number 2:20-cv-02277-KJM-CKD (i.e., the case number

8 | of the transferred First Action) in this Court; and

9 |     WHEREAS, upon the entry of an order deeming the Second Action consolidated into the

10 | First Action in this Court, Interlink intends to file a first amended complaint in the consolidated

11 | action;

12 |     NOW, THEREFORE, THE PARTIES REQUEST THAT THE COURT ORDER AS

13 | FOLLOWS:

14 |     1.    The case of *Interlink Products International, Inc. v. Becerra et al.*, Case No. 2:20-

15 | cv-02283-KJM-CKD, is hereby deemed consolidated into the case of *Interlink Products*

16 | *International, Inc. v. Bohan*, Case No. 2:20-cv-02277, with all previous orders remaining in full

17 | force and effect as if they had been issued in the consolidated action; and

18 |     2.    Interlink shall have 30 days following the entry of this Order in which to file a first

19 | amended complaint in the consolidated action.

20 | //

21 | //

22 | //

23 | //

24 | //

25 | //

26 | //

27 | //

28 | //

3. Defendants shall have 30 days following the filing of a first amended complaint in the consolidated action in which to file a responsive pleading.

Dated:  April 8, 2021

*/s/ Michael Tenenbaum*
Michael Tenenbaum, Esq.
THE OFFICE OF MICHAEL TENENBAUM, ESQ.

*Counsel for Plaintiff Interlink Products International, Inc.*

XAVIER BECERRA
Attorney General of California
RUSSELL B. HILDRETH
Supervising Deputy Attorney General

Dated:  April 8, 2021

*/s/ Courtney Covington* (as authorized on 4/8/21)
COURTNEY COVINGTON
Deputy Attorney General

*Attorneys for Defendants*

ORDER

The case of *Interlink Products International, Inc. v. Becerra et al.*, Case No. 2:20-cv-02283-KJM-CKD, is hereby consolidated into the case of *Interlink Products International, Inc. v. Bohan*, Case No. 2:20-cv-02277, with all previous orders remaining in full force and effect as if they had been issued in the consolidated action.  Interlink shall file a first amended complaint in the consolidated action by May 17, 2021.  Defendants shall file a responsive pleading to the first amended complaint by June 18, 2021.  In the interest of judicial economy and on the court's own motion, the Status (Pretrial Scheduling) Conference set for 04/22/2021 is RESET for 07/08/2021 at 2:30 PM before Chief District Judge Kimberly J. Mueller, with the filing of a joint status report due fourteen (14) days prior.

**IT IS SO ORDERED**

DATED:  April 14, 2021.

CHIEF UNITED STATES DISTRICT JUDGE