UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERLINK PRODUCTS INTERNATIONAL, INC., a New Jersey corporation,<br>　　　　　Plaintiff,<br>　　v.<br>DREW BOHAN, in his official capacity as Executive Director of the California Energy Commission; and<br>MELISSA RAE KING, in her official capacity as Assistant Executive Director of the California Energy Commission,<br>　　　　　Defendants. | No. 2:20-CV-02277-KJM-CKD<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT** |
| INTERLINK PRODUCTS INTERNATIONAL, INC., a New Jersey corporation,<br>　　　　　Plaintiff,<br>　　v.<br>XAVIER BECERRA, in his official capacity as Attorney General of California; and<br>DREW BOHAN, in his official capacity as Executive Director of the California Energy Commission; and<br>MELISSA RAE KING, in her official capacity as Assistant Executive Director of the California Energy Commission,<br>　　　　　Defendants. | No. 2:20-CV-02283-KJM-CKD |

Plaintiff Interlink Products International, Inc. ("Interlink"), and Defendants Xavier Becerra,[1] Drew Bohan, and Melissa Rae King ("Defendants"), stipulate as follows:

WHEREAS, on April 15, 2021, the Court approved the parties' stipulation providing for the consolidation of the above-captioned cases and the filing by Interlink of a first amended complaint by Monday, May 17, 2021;

WHEREAS Interlink's counsel indicates that he commenced trial in an unrelated case on May 3, 2021, which was expected to conclude by May 7, 2021 (i.e., within a week), but that the trial went one week longer than expected and did not conclude until the afternoon of Friday, May 14, 2021;

WHEREAS, in light of the unexpected length of his trial, Interlink's counsel seeks one additional week to file Interlink's first amended complaint;

NOW, THEREFORE, THE PARTIES REQUEST THAT THE COURT ORDER AS FOLLOWS:

1. Interlink shall have until May 24, 2021, to file a first amended complaint in this consolidated action;

2. Defendants shall have 30 days following the filing of a first amended complaint to file a responsive pleading; and

3. All other Court-ordered dates shall remain unchanged.

Dated: May 17, 2021  /s/ Michael Tenenbaum
Michael Tenenbaum, Esq.
THE OFFICE OF MICHAEL TENENBAUM, ESQ.

*Counsel for Plaintiff Interlink Products International, Inc.*

ROB BONTA
Attorney General of California
RUSSELL B. HILDRETH
Supervising Deputy Attorney General

---

[1] Rob Bonta has succeeded Xavier Becerra as Attorney General and will be substituted for him in Interlink's first amended complaint. Fed. R. Civ. P. 25(d).

Dated: May 17, 2021  /s/ Courtney Covington (as authorized on 5/17/21)
COURTNEY COVINGTON
Deputy Attorney General

*Attorneys for Defendants*

**ORDER**

Good cause appearing, it is so ordered. Plaintiff shall have until May 24, 2021, to file a first amended complaint; defendants shall have 30 days following the filing of a first amended complaint to file a responsive pleading; and all other court-ordered dates shall remain unchanged.

This order resolves ECF No. 48.

DATED: May 25, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE