ROB BONTA, State Bar No. 202669
Attorney General of California
TRACY L. WINSOR, State Bar No. 186164
RUSSELL B. HILDRETH, State Bar No. 166167
Supervising Deputy Attorneys General
COURTNEY S. COVINGTON, State Bar No. 259723
DANIEL M. FUCHS, State Bar No. 179033
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7827
  Fax: (916) 327-2319
  E-mail: Courtney.Covington@doj.ca.gov
  E-mail: Daniel.Fuchs@doj.ca.gov

*Attorneys for Defendants Drew Bohan and
Melissa Rae King*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **INTERLINK PRODUCTS INTERNATIONAL, INC., A NEW JERSEY CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**DREW BOHAN, IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE CALIFORNIA ENERGY COMMISSION; AND**<br><br>**MELISSA RAE KING, IN HER OFFICIAL CAPACITY AS ASSISTANT EXECUTIVE DIRECTOR OF THE CALIFORNIA ENERGY COMMISSION**<br><br>Defendants. | 2:20-cv-02277-KJM-CKD[1]<br><br>**STIPULATION AND ORDER RE STAY OF CONSOLIDATED ACTIONS**<br><br>Judge: Hon. Kimberly J. Mueller<br>Trial Date: None set<br>Action Filed: June 23, 2020 |

---

[1] The court consolidated *Interlink Products International, Inc. v. Bohan*, No. 2:20-cv-02277-KJM-CKD with *Interlink Products International, Inc. v. Becerra et al.*, No. 2:20-cv-02283-KJM-CKD. ECF No. 46. Filings therefore should only be made on the *Bohan* docket and use only the case number ending in 2277.

Plaintiff Interlink Products International, Inc. ("Interlink"), and Defendants Drew Bohan, and Melissa Rae King ("Defendants"), stipulate as follows:

WHEREAS, an action currently pending in the Ninth Circuit Court of Appeals, *Association des Éleveurs de Canards et d'Oies du Québec v. Bonta,* Ninth Circuit case no. 20-55882/20-55944, involves similar issues to those raised in Interlink's First Amended Complaint;

WHEREAS, the final appellate brief in *Association des Éleveurs de Canards et d'Oies du Québec v. Bonta,* Ninth Circuit case no. 20-55882/20-55944 is due July 9, 2021;

WHEREAS, the parties agree that a stay of the instant consolidated cases pending the Ninth Circuit's ruling in *Association des Éleveurs de Canards et d'Oies du Québec v. Bonta,* Ninth Circuit case no. 20-55882/20-55944 is in the interests of conserving the parties' and the Court's resources;

NOW, THEREFORE, THE PARTIES REQUEST THAT THE COURT ORDER AS FOLLOWS:

1. The two above-captioned consolidated actions shall be stayed until the Ninth Circuit issues its ruling in *Association des Éleveurs de Canards et d'Oies du Québec v. Bonta,* Ninth Circuit case no. 20-55882/20-55944;

2. The parties shall notify the court within 7 days of any resolution in *Association des Éleveurs de Canards et d'Oies du Québec v. Bonta*.

3. Defendants' responsive pleading to Interlink's First Amended Complaint shall be due 45 days after the issuance of the Ninth Circuit's ruling in *Association des Éleveurs de Canards et d'Oies du Québec v. Bonta,* Ninth Circuit case no. 20-55882/20-55944;

4. The Status Conference currently scheduled on July 8, 2021 is vacated.

Dated: June 11, 2021  /s/ Michael Tenenbaum (by authority, 6/11/2021)
Michael Tenenbaum, Esq.
THE OFFICE OF MICHAEL TENENBAUM, ESQ.

*Counsel for Plaintiff Interlink Products International, Inc.*

|  |  |
|---|---|
| | ROB BONTA<br>Attorney General of California<br>RUSSELL B. HILDRETH<br>Supervising Deputy Attorney General |
| Dated: June 11, 2021 | */s/ Courtney Covington*<br>COURTNEY COVINGTON<br>Deputy Attorney General<br><br>*Attorneys for Defendants* |

**IT IS SO ORDERED**

DATED: June 22, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE