1  ROB BONTA, State Bar No. 202669
   Attorney General of California
2  RUSSELL B. HILDRETH, State Bar No. 166167
   Supervising Deputy Attorneys General
3  COURTNEY S. COVINGTON, State Bar No. 259723
   DANIEL M. FUCHS, State Bar No. 179033
4  Deputy Attorneys General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 210-7791
     Fax: (916) 327-2319
7    E-mail: Courtney.Covington@doj.ca.gov
     E-mail: Daniel.Fuchs@doj.ca.gov
8
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERLINK PRODUCTS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> DREW BOHAN, and MELISSA RAE KING, <br><br> Defendants. | No. 2:20-cv-02277-KJM-CKD consolidated with No. 2:20-cv-02283-KJM-CKD <br><br> **JOINT STATUS REPORT AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING** <br><br> Judge: Hon. Kimberly J. Mueller <br> Trial Date: n/a <br> Action Filed: June 23, 2020 |

1

Pursuant to the Court's Stipulated Order of June 11, 2021, the parties provide the following status report:

In light of the similar issues to those raised in Interlink's First Amended Complaint, the parties entered into a stipulation to stay the two above-captioned consolidated actions pending the Ninth Circuit's ruling in *Association des Éleveurs de Canards et d'Oies du Québec v. Bonta,* Ninth Circuit case no. 20-55882/20-55944 (*Canards III*). See Stipulation and [Proposed] Order Re Stay of Consolidated Actions, ECF No. 51. On June 11, 2021, the Court entered the Order Re Stay of Consolidated Actions. ECF No. 52.

On May 6, 2022, the Ninth Circuit issued its decision in *Canards III*, holding that the California statute challenged in that case was not preempted and did not violate the dormant Commerce Clause, and that certain "transactions are out-of-state sales permitted by California law." *Association des Éleveurs de Canards et d'Oies du Québec v. Bonta (Canards III),* 33 F.4th 1107, 1112 (9th Cir. 2022).

The plaintiffs in *Canards III* have filed a petition for panel rehearing and for rehearing en banc. Accordingly, the Ninth Circuit's mandate in that case will not issue until after the resolution of the petition and any further proceedings on appeal. For the same reasons of conserving the parties' and the Court's resources as previously stipulated and ordered, the parties agree that the Court's stay should remain in effect pending the issuance of the Ninth Circuit's mandate in *Canards III*.

Under the parties' prior stipulation and order in this case, Defendants' responsive pleading would be due June 20, 2022, i.e., 45 days from the date of the ruling in *Canards III*. *See* Order Re Stay of Consolidated Actions, ECF No. 52. Accordingly, the parties agree to extend Defendants' deadline to file a responsive pleading until 45 days after the issuance of the mandate in *Canards III*.

NOW, THEREFORE, THE PARTIES REQUEST THAT THE COURT ORDER AS FOLLOWS:

1. The two above-captioned consolidated actions shall remain stayed until the Ninth Circuit issues its mandate in *Association des Éleveurs de Canards et d'Oies du Québec v. Bonta* (*Canards III*), Ninth Circuit case no. 20-55882/20-55944

2. Defendants' responsive pleading to Interlink's First Amended Complaint shall be due 45 days after issuance of the Ninth Circuit's mandate in *Canards III*.

Dated: June 16, 2022

*/s/ Michael Tenenbaum*
Michael Tenenbaum, Esq.
THE OFFICE OF MICHAEL TENENBAUM, ESQ.

*Counsel for Plaintiff Interlink Products International, Inc.*

ROB BONTA
Attorney General of California
RUSSELL B. HILDRETH
Supervising Deputy Attorney General

Dated: June 16, 2022

*/s/ Courtney Covington*
COURTNEY COVINGTON
Deputy Attorney General

*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED: June 24, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE